

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00206-CR

**MICHELLE SHIRCLIFF,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2015-1821-C1

## MEMORANDUM OPINION

Appellant Michelle Shircliff pleaded guilty to possession of a controlled substance, methamphetamine, in an amount of less than one gram, and the trial court assessed her punishment at fifteen months' confinement in state jail. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(a), (b) (West 2017). Shircliff's imposition of sentence was on May 21, 2018, and the judgment of conviction was signed the same day. Shircliff filed her notice of appeal on June 28, 2018.

Shircliff's notice of appeal is untimely, and we have no jurisdiction of an untimely appeal.  *See* TEX. R. APP. P. 26.2(a)(1); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely).  This appeal is therefore dismissed.[1]

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed July 25, 2018
Do not publish
[CR25]



---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. *See* TEX. R. APP. P. 49.1.  If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals.  *See* TEX. R. APP. P. 68.2(a).